UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA CORINA C.,<br><br>                 Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                 Defendant. | No. EDCV 18-00247 FFM<br><br>JUDGMENT OF REMAND |

    The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order filed concurrently herewith.

DATED: May 3, 2019

                                          /S/FREDERICK F. MUMM
                                          FREDERICK F. MUMM
                                          United States Magistrate Judge